**US DISTRICT COURT DISTRICT OF NEW JERSEY**

INDEX #: 2:22-CV-00767-KM-JSA

Attorneys: ZOE PILLOS Company: KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC PH: (212) 386-7806
Address: 40 WALL STREET, 49TH FLOOR NEW YORK, NY 10005

Date Filed: 02/16/2022

Client's File No.: castano vs. lex

*MARIO CASTANO*

Plaintiff

vs

*LEX BRANDS LLC ET AL*

Defendant

STATE OF New Jersey, COUNTY OF Bergen SS.:  **AFFIDAVIT OF SERVICE**

Anthony Iavarone, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 2/25/22 at 11:16am
at 401 Hackensack Ave #801 Hackensack NJ 07601 deponent served the within

SUMMONS IN A CIVIL CASE - COMPLAINT - CIVIL COVER SHEET

on: **SILBER CAPITAL**, Defendant therein named.

#1 INDIVIDUAL ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION ☒ By delivering thereat a true copy of each to John Doe and that deponent knew the person so served to be the Manager of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#5 MAIL COPY ☐ On ___, deponent completed service under the last two sections by depositing a copy of the ___ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ___.
☐ and by Certified Mail # ___.

#6 NON-SRVC ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: ___

#7 DESCRIPTION ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: M  Color of skin: Wht  Color of hair: Brown  Age: 35-40  Height: 5'7"
Weight: 180  Other Features: ___

#8 WIT FEES ☐ Subpoena Fee Tendered in the amount of

#9 MILITARYSRVC ☒ Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of NJ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

#10 OTHER ☐

Sworn to before me on 2/28/22

LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025

Please Print Name Below Signature
Anthony Iavarone
Job # 1505941

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*