

40 Wall Street, 49th Floor
New York, NY 10005
**O**: (212) 404-8644
**F**: (332) 777-1884
kilegal.com

Steven Siegler, Esq.
steven@kilegal.com

August 12, 2022

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King, Jr. Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK 2B
Newark, NJ 07101

   Re:  **Castano v. Lex Brands, et al.**
       **Civil Action No. 1:22-cv-00767**

Dear Judge Allen:

Please accept this joint status letter in advance of the Status Conference to be held on August 18, 2022, pursuant to the Pretrial Scheduling Order dated June 22, 2022.

The parties have exchanged interrogatories and document requests and are in the process of answering them. Plaintiff has served Rule 12(b)(b) Notices of Deposition upon the two corporate entities and Notices of Deposition to the two individual defendants.

The parties look forward to speaking with Your Honor at the upcoming Status Conference. Thank you for your time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC | TWERSKY LAW PLLC |
| | |
| /s/ Steven Siegler | /s/ Aaron Twersky |
| _____ | _____ |
| Steven Siegler, Esq. | Aaron Twersky, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 40 Wall Street, 49th Floor | 747 Third Avenue, 32nd Floor |
| New York, NY 10005 | New York, NY 10017 |
| (212) 404-8609 | (212) 425-0149 |