

40 Wall Street, 49th Floor
New York, NY 10005
**O**: (212) 404-8644
**F**: (332) 777-1884
kilegal.com

Steven Siegler, Esq.
steven@kilegal.com

November 7, 2022

**VIA ECF**
Hon. Jessica S. Allen, U.S.M.J.
Martin Luther King, Jr. Building and U.S. Courthouse
50 Walnut Street, Courtroom MLK 2B
Newark, NJ 07101

   Re:  **Castano v. Lex Brands, et al.**
       **Civil Action No. 1:22-cv-00767**

Dear Judge Allen:

Please accept this joint status letter in advance of the Settlement Conference calendared for November 22, 2022, pursuant to Your Honor's Order dated September 21, 2022.

The parties exchanged interrogatory answers and responses to document requests. Defendants received Plaintiff's responses to interrogatories and document demands on November 4 and have not yet had a chance to review them to determine whether further written discovery is necessary to supplement Plaintiff's response. Plaintiff received Defendants' responses on October 28 and anticipates requesting supplementation to address certain deficiencies. At this time, the parties jointly request that the settlement conference be converted into a status conference.

Thank you for your time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| KOUTSOUDAKIS & IAKOVOU LAW GROUP PLLC | ALLYN & FORTUNA LLP |
| /s/ Steven Siegler | /s/Nicholas Fortuna |
| _____ | _____ |
| Steven Siegler, Esq. | Nicholas Fortuna |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 40 Wall Street, 49th Floor | 400 Madison Avenue, Suite 10D |
| New York, NY 10005 | New York, New York 10017 |
| (212) 404-8609 | (212) 213-8844 |